# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,

      V.                           MAGISTRATE JUDGE'S DOCKET
                                        NO. 2008-M-0123RBC

ANTONIO SANZ,
      Defendant.

## MEMORANDUM AND ORDER
## ON MOTION TO STRIKE THE
## RESULTS OF THE BREATHALYSER TEST

COLLINGS, U.S.M.J.

      The defendant has moved to strike the results of the breathalyser test in this case. A certified operator testified at trial as to the administration of the test and testified that the machine was certified. Further, he testified that the machine performed properly. The machine used in this case was the Alcotest Model 7110 MKIII-C.[1] The Court does not believe that it is the Government's burden to show that the machine worked properly in all of the tests which

---

[1] *See* #4 at 12; #1.

preceded the test on this defendant.

On these facts, based on the Court's opinion in *United States v. Hamblen-Baird,* - F. R.D. - , 2010 WL 1036678 (March 22, 2010), the results of the test were admissible.

The defendant argues that the results are inadmissible because the operator did not observe the defendant for twenty minutes prior to administering the test.  I find that the operator did observe the defendant for twenty minutes and then left for about five minutes to set up the machine.  However, Park Rangers observed the defendant for that five minutes and nothing occurred which would compromise the test results.

Accordingly, it is ORDERED that defendant's motion to strike be, and the same hereby is, DENIED.

The Court shall schedule the case for final argument on the two Violation Notices as to which a verdict has not been rendered.

*/s/ Robert B. Collings*

ROBERT B. COLLINGS
United States Magistrate Judge

March 24, 2010.